# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Plaintiff,

vs.

MELBA H. FIVEASH, Clerk, and
RONNIE McQUAIG, Sheriff,

    Defendants.

CIVIL ACTION NO.: CV508-076

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends he filed his cause of action pursuant to 28 U.S.C. § 1443, a statute which ostensibly permits him, as a plaintiff, to file a notice of removal in federal court. Plaintiff also contends Defendants are violating his constitutional rights on a continuous basis.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's action is **REMANDED** to the Ware County Superior Court. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _____, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)